# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINE JUNIPER LACROIX,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-05526-SAB<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 15) |

Plaintiff Marceline Juniper Lacroix commenced this action on July 17, 2026, challenging the Commissioner of Social Security's final decision denying her application for Social Security Benefits. (ECF No. 1.) The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 7-9.) On November 18, 2026, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF No. 15.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation (ECF No. 15);
2. All pending dates and matters are VACATED; and

/ / /

/ / /

3. Judgment is ENTERED in favor of Plaintiff Marceline Juniper Lacroix and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **November 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge